UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| HARRIET E. ROBINSON, BILLY J. GARTIN, TARA A. HOLT, JESSICA R. NEWSOME, MELISSA J. SCOTT, SANDRA L. SPEAKES, KELLY J. STOKLEY, AMIE G. TOLIVER, and DANIEL G. WRIGHT, JR., on behalf of plaintiffs and the putative class members, <br><br> Plaintiffs, <br><br> v. <br><br> HOSPITAL MANAGEMENT ASSOCIATES, LLC, COCKE COUNTY HMA, LLC, FIRST FINANCIAL INVESTMENT FUND HOLDINGS, LLC, FIRST FINANCIAL INVESTMENT FUND VI, LLC, BUFFALOE & VALLEJO, PLC, and DOES 1-30, <br><br> Defendants. | Case No. 2:19-cv-98-DCLC-CRW <br> Class Action <br><br> <u>Jury Trial Demanded</u> |

## NOTICE OF SETTLEMENT

Comes Plaintiffs Harriet E. Robinson (Robinson), Billy J. Gartin (Gartin), Tara A. Holt (Holt), Jessica R. Newsome (Newsome), Melissa J. Scott (Scott), Sandra L. Speakes (Speakes), Kelly J. Stokley (Stokley), Amie G. Toliver (Toliver), and Daniel G. Wright, Jr. (Wright) (collectively "Plaintiffs"), by and through their undersigned counsel, and inform the Court that a settlement of this action has been reached as to all claims against the remaining Defendants.

Plaintiffs, therefore, request this Honorable Court to vacate all dates currently set on its calendar for this action and give the parties twenty-one (21) days to file the necessary dismissal papers.

1

04/01/20                                    Respectfully submitted,

                                            **HARRIET E. ROBINSON**
                                            **BILLY J. GARTIN**
                                            **TARA A. HOLT**
                                            **JESSICA R. NEWSOME**
                                            **MELISSA J. SCOTT**
                                            **SANDRA L. SPEAKES**
                                            **KELLY J. STOKLEY**
                                            **AMIE G. TOLIVER**
                                            **DANIEL G. WRIGHT, JR.**


                                            s/      Alan C. Lee
                                            Alan C. Lee, BPR # 012700
                                            P. O. Box 1357
                                            Talbott, TN 37877-1357
                                            (423) 581-0924
                                            aleeattorney@gmail.com


                                            s/      Brent S. Snyder
                                            Brent S. Snyder, BPR #021700
                                            2125 Middlebrook Pike
                                            Knoxville, TN 37921
                                            (865) 546-2141
                                            Brentsnyder77@gmail.com

                                            Attorneys for Plaintiffs



                      **CERTIFICATE OF SERVICE**

        I hereby certify that on April 1, 2020, a copy of the foregoing was filed electronically.
Notice of this filing will be sent by operation of the Court's electronic case filing system to all
parties indicated on the electronic filing receipt. Parties may access this filing through the Court's
electronic case filing system.


                                            s/      Alan C. Lee
                                            Alan C. Lee, Attorney for Plaintiffs